Marc J. Randazza (Pro Hac Vice)
302 Washington Street, Suite 321
San Diego, CA 92103
(619) 866-5975 (phone)
(619) 866-5976 (fax)
marc@corbinfisher.com

Attorney for Corbin Fisher
LIBERTY MEDIA HOLDINGS, LLC

FILED
09 DEC -3 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re: Corbin Fisher: The identification of John Does 1-500 Pursuant to the Digital Millennium Copyright Act of 1998

Case No. '09 MC 0974

**APPLICATION AND DECLARATION IN SUPPORT IN SUPPORT OF APPLICATION FOR ISSUANCE OF SUBPOENA PER 17 U.S.C. §512(h)**

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, Marc J. Randazza, attorney for Corbin Fisher, hereby swear that the purpose for which Corbin Fisher seeks the requested subpoenas is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting Corbin Fisher's intellectual property rights.

Executed this the 25th day of November under penalty of perjury..

_/s/ Marc J. Randazza_

Marc J. Randazza
Florida Bar No. 625566
Massachusetts Bar No. 651477
302 Washington Street, Suite 321
San Diego, CA 92103
(619) 866-5975 (phone)
(619) 866-5976 (fax)
marc@corbinfisher.com
Attorneys for Plaintiff LMH

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS007920
Cashier ID: msweaney
Transaction Date: 12/03/2009
Payer Name: ERIC W GAPP
----------------------------------
MISCELLANEOUS PAPERS
 For: ERIC W GAPP
 Case/Party: D-CAS-3-09-MC-000974-001
 Amount:        $39.00
----------------------------------
CHECK
 Check/Money Order Num: 2229
 Amt Tendered:  $39.00
----------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```